IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAMMY LYNNE NYE,** *Plaintiff,* v. **KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration**, *Defendant.* | **Case No. 5:21-cv-01713-JDW** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

**AND NOW**, this 16th day of February, 2022, upon consideration of Plaintiff Tammy Lynne Nye's Brief And Statement Of Issues In Support Of Request For Review (ECF No. 14), the Report and Recommendation ("R&R") of Magistrate Judge Scott W. Reid (ECF No. 19), and Plaintiff's Objections To The Magistrate Judge's Report And Recommendations (ECF No. 20), and following a careful and independent review of the portions of the R&R to which Plaintiff has objected, it is **ORDERED** as follows:

1. The Court finds the R&R to be thorough, well-supported, and correct, and it therefore **ADOPTS** and **APPROVES** the R&R (ECF No. 19) in its entirety;

2. Plaintiff's Objections (ECF No. 20) are **OVERRULED**;

3. Plaintiff's Request For Review (ECF No. 1) is **DENIED**; and

4. The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
Hon. Joshua D. Wolson
United States District Judge